FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**   2012 FEB 15   PM 12: 26

JACKSONVILLE Division

CLERK, US DISTRICT COURT
HIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

**CIVIL RIGHTS COMPLAINT FORM**

CLARENCE L. DAWSON

CASE NUMBER 3:12-CV-167 -J-20MCR
(To be supplied by Clerk's Office)

_____

(Enter full name of each Plaintiff and prison
number, if applicable)

v.

DR. L.D. HOANG,
NURSE GRIFFITH
NURSE HEWITT
IN my MEDICATE RECORD Bivens V UNKNOWN ANGENTS

(Enter full name of each Defendant. If
additional space is required, use the blank
area directly to the right).

_____ /

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I.   PLACE OF PRESENT CONFINEMENT: UNION CORRECTIONAL
(Indicate the name and location)

INSTITUTION 7819 NW 228TH ST. RAIFORD, FL, 32026

II.   DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN
THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes (✓) No ( )

[If your answer is YES, after reviewing the exhaustion requirements, answer the following
questions]

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

**EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES**:

General Grievance

       1.  Informal Grievance (Form DC3-005)
       2.  Formal Grievance (Form DC1-303)
       3.  Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A.     Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

     1.  Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes (✓) No ( )

     2.  If so, you must attach a copy of the grievance and response to this Complaint form.

     3.  Were you denied emergency status? Yes (✓) No ( )

          a.  If so, did you go through the informal grievance, formal grievance and appeal process? Yes (✓) No ( )

          b.  If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.     Informal Grievance (Request for Interview)

DC 225 (Rev. 9/03)              2

1. Did you submit an informal grievance (Form DC3-005)? Yes (✓) No ( )

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes (✓) No ( )

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes (✓) No ( )

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes (✓) No ( )

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _10_ day of _February_ , 20_12_ .

_Clarence L Duncan_

Signature of Plaintiff

III.   DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY? Yes (✓) No ( )

If your answer is YES, answer the following questions.

A.   Is there a grievance procedure at your institution or jail? Yes (✓) No ( )

B.   Did you present the facts relating to your Complaint in the grievance procedure? Yes (✓) No ( )

C.   If your answer is YES:

1.   What steps did you take? I FILED A REQUST THEN puT THE REQUSTwiTH THE DC3-005 FORM DRop iN Box

2.   What were the results? DENiAL  KNoW HELp

3.   To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D.   If your answer is NO, explain why not: I DiD THiS

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 10 day of February , 2012 .

Clarence L Durson
Signature of Plaintiff

DC 225 (Rev. 9/03)                                          4

IV. PREVIOUS LAWSUITS:

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✓) No ( )

B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✓) No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

   Plaintiff(s): _Clarence L Duncan_

   Defendant(s): _Mr. Kinney_

2. Court (if federal court, name the district; if state court, name the county): _United States Supreme Court_

3. Docket Number: _5:08-CV-0291-SPm-AK_

4. Name of judge: _?_

5. Briefly describe the facts and basis of the lawsuit: _the taking of all my personal property._

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _still pending_

7. Approximate filing date: _2005_

8. Approximate disposition date: _____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

*this Case S:11-CV-323-RS-GRT and this Case #3:11-CV-1181-J-25-TEM and now this two Cases !*

V.    **PARTIES:** In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.    Name of Plaintiff: *Clarence L Dunson*

       Mailing address: *Union Correctional Institution 7819 N.W. 228TH. ST Raiford, fl, 32026*

B.    Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the <u>full name</u> of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.    Defendant: *Dr. L.D. Hoang*

       Mailing Address: *Union Correctional Institution 7819 N.W. 228TH ST Raiford, fl, 32026*

       Position: *Doctor*

       Employed at: *U.C.I*

D.    Defendant: *Griffith*

       Mailing Address: *Union Correctional Institution 7819 N.W 228TH ST Raiford fl, 32026*

       Position: *Nurse*

       Employed at: *U.C.I*

E. Defendant: _See my medicate Records_

Mailing Address: _Union Correctional Institution_
_7819 N.W. 228TH St. Raiford, fl. 32026_

Position: _Nurses_

Employed at: _U.C.I._

F. Defendant: _Jessica_

Mailing Address: _Union Correctional institution_
_7819 N.W. 228TH St. Raiford, fl. 32026_

Position: _Assistant Warden_

Employed at: _U.C.I_

G. Defendant: _Reddish_

Mailing Address: _Union Correctional institution_
_7819 N.W. 228TH St Raiford, fl. 32026_

Position: _Warden_

Employed at: _U.C.I_

VI.    <u>STATEMENT OF CLAIM</u>: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

_see affidavit of affirmation and_

_affidavit of facts and Claims._

_Violation of my first and 8, 14 amendment_
_Rights._

VII.   <u>STATEMENT OF FACTS</u>: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1.   Name and position of person(s) involved.
2.   Date(s).
3.   Place(s).
4.   Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.   Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

_See all of this and approximate_

_dates in my affidavits._

_Violations of my due process Clause_

_guarantees, and pattern of brutality_

_and harassment and Know help from_

_medical ._

**Statement of Facts, continued:**

Dr. L. Ohanro new that I was healing up by the grounds he is on o dorm. Com fineneot Cameras talery to me and telling me that I would not get any help from him because I file a suit on him. Nurse Griffith never helped me ther are Two Real pieces of peper in my medical file from Jackson Corectional instituticion from the nurse, and I never get any help from medical Nurse here. all some time asuser me Request I have to go there all to get to sick Call. Rivera VS- Urbrown Nurse is the nurse that do not Report me being beat up when she know that I have he injury by this so Called affieor for stand up for my Rights. this institution is krow for killing pople and with the nurse help I don't wont to end up killed I need medical help now. I am in Contion pain I need to see a Real out side Docter Right now!

VIII.   RELIEF REQUESTED:   State briefly what you want the Court to do for you.  Again, do not make any legal arguments or cite any cases or statutes.

Nominal damages, Compensatory damages,
punitive damages, and all of the
named defendants, fired, and
Demands a jury trial

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this ___10___ day of __february_____, 20_12___.

Clarence L. Dupson
Union Correctional institution
7819 NW 228TH Street
Raiford, FL 32026
(Signatures of all Plaintiffs)